

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2022

No. 04-21-00577-CR

**IN RE** Frediz **DE LA CRUZ-DE LA CRUZ**

Original Proceeding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

On February 16, 2022, this court issued an opinion and order denying relator's petition for writ of mandamus. On February 22, 2022, relator filed a motion for en banc reconsideration. After considering the merits of the motion, the motion is DENIED.

Also on February 22, 2022, respondent filed a "Suggestion of Mootness" that requests dismissal of the original proceeding. The filing is noted, and the request for dismissal of the original proceeding is DENIED.

It is so **ORDERED** on March 4, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT